IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Willie, Gregory L | Case Number:  08 B 15032 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  6/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,329.75 | |
| Secured: | | 500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,676.31 |
| Trustee Fee: | | 153.44 |
| Other Funds: | | 0.00 |
| Totals: | 2,329.75 | 2,329.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,424.00 | 1,676.31 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Credit Acceptance Corp | Secured | 14,750.00 | 500.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 14,783.62 | 0.00 |
| 6. | Texas Child Support Disbursement Unit | Priority | 2,124.79 | 0.00 |
| 7. | Internal Revenue Service | Priority | 12,240.98 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 73.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,094.83 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 38.00 | 0.00 |
| 12. | GE Money Bank | Unsecured | 225.26 | 0.00 |
| 13. | Credit Acceptance Corp | Unsecured | 65.05 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 33.57 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 114.55 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 37.05 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 217.00 | 0.00 |
| 18. | Texas Child Support Division | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 49,221.70 | $ 2,176.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Willie, Gregory L | Case Number: 08 B 15032 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 6/11/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 20.85 |
| 6.6% | 132.59 |
| | $ 153.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

